Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12841−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick M. Kelly
   230 Aldene Road
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7748

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/14/19 at 10:00 AM

to consider and act upon the following:

*61* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/21/2019. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*64* − Certification in Opposition to (related document:61 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/21/2019. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Patrick M. Kelly. (Radowitz, Bruce)

Dated: 1/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court