**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    PATRICK M. KELLY

**Order Filed on February 18, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  18-12841 JKS**

**Hearing Date:  2/14/2019**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  PATRICK M. KELLY

Case No.:  18-12841

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/14/2019 on notice to BRUCE W RADOWITZ

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

■  ORDERED, that the Debtor(s) must file modified plan by 2/21/2019 or the case will be dismissed; and it is

   further

■  ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

   referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.