| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| **Chapter 13 Standing Trustee** |
| IN RE: |
|    PATRICK M. KELLY |

Order Filed on February 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-12841 JKS

Hearing Date:  2/14/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): PATRICK M. KELLY

Case No.: 18-12841

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/14/2019 on notice to BRUCE W RADOWITZ ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 2/21/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12841-JKS
Patrick M. Kelly                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 19, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.
db           +Patrick M. Kelly,    230 Aldene Road,    Roselle, NJ 07203-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:
        Bruce W. Radowitz    on behalf of Debtor Patrick M. Kelly torreso78@gmail.com,
         r45676@notify.bestcase.com
        John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital
         ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
         bankruptcy@friedmanvartolo.com
        Jonathan C. Schwalb    on behalf of Creditor   SN Servicing as servicer for Reliant Loan Servicing
         LLC bankruptcy@friedmanvartolo.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
         As Trustee (CWALT 2005-54CB) rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                          TOTAL: 7