| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>     PATRICK M. KELLY |

Order Filed on March 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-12841 JKS

Hearing Date:  2/14/2019

### AMENDED ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 7, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): PATRICK M. KELLY

Case No.: 18-12841

Caption of Order: AMENDED ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/14/2019 on notice to BRUCE W RADOWITZ ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended plan and schedules by 5/3/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an amended plan and schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must provide proof of disability to the Trustee's office by 3/8/2019 and continue to make payments or the case will be dismissed.