UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48388
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

**Order Filed on April 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICK M. KELLY

Case No.: 18-12841

Adv. No.:

Hearing Date: 3-14-19

Judge:  JKS

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Patrick M. Kelly**
**18-12841(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital, with the appearance of Bruce Radowitz, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. dba Chrysler Capital is the holder of a first purchase money security interest encumbering a 2016 Dodge Ram bearing vehicle identification number 1C6RR7GT3GS144329 (hereinafter the "vehicle").

2. **Curing arrears:** At the hearing the debtor was $2656.95 in arrears to Chrysler Capital. To cure arrears, the debtor shall make a payment to Chrysler Capital of $1281.39 by 3-15-19, followed by cure payments to Chrysler Capital of $1375.56 for three consecutive months, beginning 4-11-19. In the event the debtor fail to make the 3-15-19 payment when due or any cure payment for a period of 30 days after it falls due (being the 26th day of each month), Santander Consumer USA Inc. dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtor shall make all retail installment contract payments to Santander Consumer USA Inc. dba Chrysler Capital when due, being the 26th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. dba Chrysler Capital shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA Inc. dba Chrysler Capital, through the plan, a counsel fee of $431, which shall be paid by the trustee as an administrative priority expense.