# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–12841–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patrick M. Kelly
    230 Aldene Road
    Roselle, NJ 07203

Social Security No.:
    xxx–xx–7748

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 16, 2018.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           June 27, 2019
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 29, 2019
JAN: wdh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12841-JKS
Patrick M. Kelly                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 29, 2019
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Patrick M. Kelly,    230 Aldene Road,    Roselle, NJ 07203-1708
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
cr             +SN Servicing as servicer for Reliant Loan Servicin,    Friedman Vartolo, LLP,
                 85 Broad Street, Suite 501,    New York, NY 10004-1734
cr             +Santander Consumer USA Inc. dba Chrysler Capital,    PO Box 961278,   Ft. Worth, TX 76161-0278
517364730      +CHRYSLER CAPITAL,    P.O. BOX 961275,   FORT WORTH, TX 76161-0275
517331188      +Chrysler Capital,    Attn: Bankruptcy Dept.,    PO Box 961278,   Fort Worth, TX 76161-0278
517474460      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 00:26:55
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517331187      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2019 00:23:23
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517331190      +E-mail/Text: bkdepartment@rtresolutions.com May 30 2019 00:23:09      Real Time Resolution,
                 1750 Regal Row Ste 120,    Dallas, TX 75235-2287
517473957       E-mail/Text: bkdepartment@rtresolutions.com May 30 2019 00:23:09
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517854599      +E-mail/Text: bknotices@snsc.com May 30 2019 00:23:47      Reliant Loan Servicing LLC,
                 c/o SN Servicing Corporation,    323 5th Street,   Eureka, CA 95501-0305
517854600      +E-mail/Text: bknotices@snsc.com May 30 2019 00:23:47      Reliant Loan Servicing LLC,
                 c/o SN Servicing Corporation,    323 5th Street,   Eureka, CA 95501,
                 Reliant Loan Servicing LLC,    c/o SN Servicing Corporation 95501-0305
517333209      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 00:28:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517331189       Mattleman, Weinroth & Miller
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Patrick M. Kelly torreso78@gmail.com,
               r45676@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing as servicer for Reliant Loan Servicing
               LLC bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee (CWALT 2005-54CB) rsolarz@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 7

Case 18-12841-JKS    Doc 91    Filed 05/31/19    Entered 06/01/19 00:47:46    Desc Imaged
Certificate of Notice    Page 3 of 3