Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−12841−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick M. Kelly
   230 Aldene Road
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7748

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/24/19 at 10:00 AM

to consider and act upon the following:

**95** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/30/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**97** − Certification in Opposition to (related document:95 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/30/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Patrick M. Kelly. (Radowitz, Bruce)

Dated: 9/27/19

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick M. Kelly  
    Debtor

Case No. 18-12841-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 27, 2019  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
db             +Patrick M. Kelly,    230 Aldene Road,    Roselle, NJ 07203-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
      Bruce W. Radowitz    on behalf of Debtor Patrick M. Kelly torreso78@gmail.com, r45676@notify.bestcase.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com
      Jonathan C. Schwalb    on behalf of Creditor    SN Servicing as servicer for Reliant Loan Servicing LLC bankruptcy@friedmanvartolo.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, As Trustee (CWALT 2005-54CB) rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 7