UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49834
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

**Order Filed on January 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICK M. KELLY

Case No.: 18-12841

Adv. No.:

Hearing Date: 12-12-19

Judge: JKS

## ORDER REIMPOSING AUTOMATIC STAY AND PROVIDING FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 2, 2020**

*/s/ J.K. Sherwood/*

Honorable John K. Sherwood
United States Bankruptcy Court

**Patrick M. Kelly**
**18-12841(JKS)**
**Order Reimposing Automatic Stay and Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion to reimpose the automatic stay filed by Bruce Radowitz, Esq., attorney for the debtor with the appearance of John R. Morton, Jr., Esq. on behalf of Santander Consumer USA Inc. dba Chrysler Capital, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. dba Chrysler Capital is the holder of a first purchase money security interest encumbering a 2016 Dodge Ram bearing vehicle identification number 1C6RR7GT3GS144329 (hereinafter the "vehicle").

2. The automatic stay is reimposed as to Santander Consumer USA Inc. dba Chrysler Capital, subject to the remaining terms of this order.

3. **Curing arrears:** At the hearing the debtor was $3595.77 in arrears to Chrysler Capital. These arrears shall be added to the debtor's plan to be paid to Chrysler Capital by the Trustee. The debtor shall make all trustee payments within the month they fall due. In the event the debtor fails to make any trustee payment within the month it falls due, Santander Consumer USA Inc. dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. Commencing with the December 2019 loan payment, the debtor shall make all retail installment contract payments to Santander Consumer USA Inc. dba Chrysler Capital when due, being the 11th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

5. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. dba Chrysler Capital shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtor and his attorney.

6. The debtor shall pay to Santander Consumer USA Inc. dba Chrysler Capital, through the plan, a counsel fee of $100, which shall be paid by the trustee as an administrative priority expense.