UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49834
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

Order Filed on January 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICK M. KELLY

Case No.: 18-12841

Adv. No.:

Hearing Date: 12-12-19

Judge: JKS

**ORDER REIMPOSING AUTOMATIC STAY AND PROVIDING FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Patrick M. Kelly
18-12841(JKS)
Order Reimposing Automatic Stay and Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion to reimpose the automatic stay filed by Bruce Radowitz, Esq., attorney for the debtor with the appearance of John R. Morton, Jr., Esq. on behalf of Santander Consumer USA Inc. dba Chrysler Capital, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. dba Chrysler Capital is the holder of a first purchase money security interest encumbering a 2016 Dodge Ram bearing vehicle identification number 1C6RR7GT3GS144329 (hereinafter the "vehicle").

2. The automatic stay is reimposed as to Santander Consumer USA Inc. dba Chrysler Capital, subject to the remaining terms of this order.

3. **Curing arrears:** At the hearing the debtor was $3595.77 in arrears to Chrysler Capital. These arrears shall be added to the debtor's plan to be paid to Chrysler Capital by the Trustee. The debtor shall make all trustee payments within the month they fall due. In the event the debtor fails to make any trustee payment within the month it falls due, Santander Consumer USA Inc. dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. Commencing with the December 2019 loan payment, the debtor shall make all retail installment contract payments to Santander Consumer USA Inc. dba Chrysler Capital when due, being the 11th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

5. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. dba Chrysler Capital shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtor and his attorney.

6. The debtor shall pay to Santander Consumer USA Inc. dba Chrysler Capital, through the plan, a counsel fee of $100, which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12841-JKS
Patrick M. Kelly                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Jan 02, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db              +Patrick M. Kelly,    230 Aldene Road,    Roselle, NJ 07203-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Patrick M. Kelly torreso78@gmail.com,
               r45676@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing as servicer for Reliant Loan Servicing
               LLC bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
                As Trustee (CWALT 2005-54CB) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7