Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12841−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick M. Kelly
   230 Aldene Road
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7748

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2020
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick M. Kelly  
    Debtor

Case No. 18-12841-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Aug 04, 2020  
                      Form ID: 148     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db              +Patrick M. Kelly,    230 Aldene Road,    Roselle, NJ 07203-1708
cr              +BANK OF AMERICA, N.A. AS SERVICER FOR THE BANK OF,    Phelan Hallinan & Schmieg, PC,
                  1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr              +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                  New York, NY 10004-1734
cr              +SN Servicing as servicer for Reliant Loan Servicin,    Friedman Vartolo, LLP,
                  85 Broad Street, Suite 501,    New York, NY 10004-1734
518862047        Reliant Loan Servicing, LLC,    Attn: Fay Servicing, LLC,    PO Box 814609,
                  Dallas, TX  75381-4609
518862046        Reliant Loan Servicing, LLC c/o Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
517474460       +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
518733744        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                  Greenville, SC  29603-0826
518733745        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                  Greenville, SC  29603-0826,    THE BANK OF NEW YORK MELLON FKA THE BANK,    P.O. Box 10826,
                  Greenville, SC  29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: CHRM.COM Aug 05 2020 02:43:00      Santander Consumer USA Inc. dba Chrysler Capital,
                  PO Box 961278,    Ft. Worth, TX 76161-0278
cr              +EDI: RMSC.COM Aug 05 2020 02:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,    Norfolk, VA 23541-1021
518858917        EDI: BANKAMER.COM Aug 05 2020 02:43:00      BANK OF AMERICA, N.A.,    P.O. BOX 31785,
                  TAMPA, FL 33631-3785
517331187       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 04 2020 23:10:47
                  Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
517364730       +EDI: CHRM.COM Aug 05 2020 02:43:00      CHRYSLER CAPITAL,    P.O. BOX 961275,
                  FORT WORTH, TX 76161-0275
517331188       +EDI: CHRM.COM Aug 05 2020 02:43:00      Chrysler Capital,    Attn: Bankruptcy Dept.,
                  PO Box 961278,    Fort Worth, TX 76161-0278
517331190       +E-mail/Text: bkdepartment@rtresolutions.com Aug 04 2020 23:10:32     Real Time Resolution,
                  1750 Regal Row Ste 120,    Dallas, TX 75235-2287
517473957        E-mail/Text: bkdepartment@rtresolutions.com Aug 04 2020 23:10:32
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
517854599       +E-mail/Text: bknotices@snsc.com Aug 04 2020 23:11:02     Reliant Loan Servicing LLC,
                  c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
517854600       +E-mail/Text: bknotices@snsc.com Aug 04 2020 23:11:02     Reliant Loan Servicing LLC,
                  c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,
                  Reliant Loan Servicing LLC,    c/o SN Servicing Corporation 95501-0305
517333209       +EDI: RMSC.COM Aug 05 2020 02:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517331189       Mattleman, Weinroth & Miller
518858918*      BANK OF AMERICA, N.A.,    P.O. BOX 31785,    TAMPA, FL 33631-3785
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                  User: admin                    Page 2 of 2                    Date Rcvd: Aug 04, 2020
                                      Form ID: 148                   Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:

```
          Bruce W. Radowitz    on behalf of Debtor  Patrick M. Kelly torreso78@gmail.com,
           r45676@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing as servicer for Reliant Loan Servicing
           LLC bankruptcy@friedmanvartolo.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           As Trustee (CWALT 2005-54CB) rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR THE BANK OF NEW
           YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ET.AL.
           nj.bkecf@fedphe.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```