| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>BRUCE W. RADOWITZ, ESQ.<br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor(s) | Order Filed on October 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PATRICK M. KELLY | Case No.: 18-12841<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:   JKS |

### ORDER REOPENING AND REINSTATING CASE

The relief set forth on the following pages, numbered two (2) through   TWO (2) is hereby **ORDERED**.

**DATED: October 28, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page Two

Debtor:    PATRICK M. KELLY
Case No:    18-12841/JKS

**CAPTION:**    **ORDER REOPENING AND REINSTATING CASE**

---

This matter having been opened to the Court by way of Application by Debtor seeking an Order Reopening Case, and the court having considered the Application, and for good cause having been shown,

ORDERED that the above mentioned matter be reopened and reinstated.

ORDERED, that a copy of this Order be served on all parties in interest.