UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BRUCE W. RADOWITZ, ESQ.
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor(s)

Order Filed on October 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICK M. KELLY

Case No.: 18-12841

Adv. No.:

Hearing Date:

Judge:   JKS

### ORDER REOPENING AND REINSTATING CASE

    The relief set forth on the following pages, numbered two (2) through   TWO (2) is hereby **ORDERED**.

**DATED: October 28, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page Two

Debtor:   PATRICK M. KELLY
Case No:   18-12841/JKS

**CAPTION:**   **ORDER REOPENING AND REINSTATING CASE**

---

This matter having been opened to the Court by way of Application by Debtor seeking an Order Reopening Case, and the court having considered the Application, and for good cause having been shown,

ORDERED that the above mentioned matter be reopened and reinstated.

ORDERED, that a copy of this Order be served on all parties in interest.

United States Bankruptcy Court

District of New Jersey

In re:  
Patrick M. Kelly  
    Debtor(s)

Case No. 18-12841-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 28, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patrick M. Kelly, 230 Aldene Road, Roselle, NJ 07203-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | on behalf of Debtor Patrick M. Kelly torreso78@gmail.com r45676@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing as servicer for Reliant Loan Servicing LLC bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  As Trustee (CWALT 2005-54CB) |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 28, 2020 Form ID: pdf903 Total Noticed: 1

rsolarz@kmllawgroup.com

Robert Davidow

on behalf of Creditor BANK OF AMERICA  N.A. AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ET.AL. nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8